IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES GARRISON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1597

Opinion filed July 23, 2014.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

James Garrison, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON, and MARSTILLER, JJ., CONCUR.